# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVE T. MANDELL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　Defendant. | Case No. 2:13-cv-000012-GMN-PAL<br><br>**<u>ORDER</u>** |

　　　This matter is before the court on the court's review of the docket in this case. Plaintiff Eve T. Mandell is proceeding in this matter in forma pauperis and submitted a Complaint, which the court screened pursuant to 28 U.S.C. § 1915. Ms. Mandell is represented by Mr. Marc V. Kalagian, a licensed Nevada lawyer who maintains an office in California and not Nevada. Pursuant to the court's Local Rules of Practice, Mr. Kalagian must associate a resident member of the Bar of this court as co-counsel. *See* LR 10-2(d).

　　　Having reviewed and considered the matter,

　　　**IT IS ORDERED** that Mr. Kalagian shall comply with all requirements of Local Rule 10-2 no later than **March 15, 2013.** Specifically, Mr. Kalagian shall retain local counsel who shall file a notice of appearance in accordance with the Local Rules no later than **March 15, 2013.**

　　　Dated this 4th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE