DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email:  Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVE T. MANDELL,<br><br>        Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:13-CV-00012-GMN-PAL |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**
**<u>(First Request)</u>**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand.  This is Defendant's first request for an extension of time. Plaintiff's counsel was contacted on July 16, 2013, and Plaintiff does not oppose Defendant's motion. Defendants' current deadline is July 17, 2013.

The instant request is not intended to cause delay and is necessary because Defendant needs additional time to consider the issue involved in this case and because of the heavy workload of Defendant's attorney assigned to this case.  Defendant's counsel has completed a draft of Defendant's

Cross-Motion to Affirm; however, Defendant needs additional time to complete the internal agency review process.  In addition, counsel assigned to this case has three additional District Court briefs due within a week of the deadline in this case, in addition to other agency matters.

It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including August 16, 2013.

Dated:  July 17, 2013.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel

ELLINOR R. CODER
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:  July 22, 2013

2

**CERTIFICATE OF SERVICE**

I, Carlos A. Gonzalez, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc V. Kalagian, Esq.
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Dated this 17th day of July, 2013

>*/s/ Carlos A. Gonzalez*
>CARLOS A. GONZALEZ
>Assistant United States Attorney