1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 South Las Vegas Blvd. Suite 5000
   Las Vegas, NV 89101
5  Tel: (702) 388-6336
   Fax: (702) 388-6787
6  Email:  Carlos.Gonzalez2@usdoj.gov
   Attorneys for Defendant
7

8                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
9

10  EVE T. MANDELL,                          )
                                             )
11         Plaintiff,                        )
                                             )
12              v.                           )
                                             )  Case No.: 2:13-CV-00012-GMN-PAL
13  CAROLYN W. COLVIN,                       )
    Acting Commissioner of Social           )
14  Security,                                )
                                             )
15         Defendant.                        )
                                             )
16  _____
                 **UNOPPOSED MOTION FOR EXTENSION OF TIME**
17                        **(First Request)**

18         COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security

19  (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Carlos A.

20  Gonzalez, Assistant United States Attorney, to request that this Court extend the time to respond to

21  Plaintiff's Motion for Reversal and/or Remand.  This is Defendant's first request for an extension of

22  time.  Plaintiff's counsel was contacted on July 16, 2013, and Plaintiff does not oppose Defendant's

23  motion.  Defendants' current deadline is July 17, 2013.

24         The instant request is not intended to cause delay and is necessary because Defendant needs

25  additional time to consider the issue involved in this case and because of the heavy workload of

26  Defendant's attorney assigned to this case.  Defendant's counsel has completed a draft of Defendant's

1  Cross-Motion to Affirm; however, Defendant needs additional time to complete the internal agency

2  review process.  In addition, counsel assigned to this case has three additional District Court briefs due

3  within a week of the deadline in this case, in addition to other agency matters.

4       It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of

5  time to respond to Plaintiff's motion, up to and including August 16, 2013.

6       Dated:  July 17, 2013.

7                                              Respectfully submitted

8                                              DANIEL G. BOGDEN
                                               United States Attorney
9
                                               /s/ Carlos A. Gonzalez
10                                             CARLOS A. GONZALEZ
                                               Assistant United States Attorney
11

12  OF COUNSEL:

13  DONNA L. CALVERT
    Acting Regional Chief Counsel
14
    ELLINOR R. CODER
15  Assistant Regional Counsel
    Social Security Administration
16

17

18

19                                             IT IS SO ORDERED:

20

21                                             UNITED STATES DISTRICT JUDGE
                                               UNITED STATES MAGISTRATE JUDGE
22

23                                             DATED: _ July 22, 2013          _____

24

25

26                                2

1

**CERTIFICATE OF SERVICE**

2      I, Carlos A. Gonzalez, certify that the following individual(s) were served with a copy of the

3 foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method

4 of service, identified below:

5
    **CM/ECF:**
6
    Marc V. Kalagian, Esq.
7    Rohlfing & Kalagian, LLP
    211 East Ocean Boulevard, Suite 420
8    Long Beach, CA 90802
    Email: marc.kalagian@rksslaw.com
9

10    Dated this 17th day of July, 2013

11

12                                    */s/ Carlos A. Gonzalez*
                                    CARLOS A. GONZALEZ
13                                    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26                                    3